JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISRAEL CORRAL Through Guardian Ad Litem LETICIA CONTRERAS; LETICIA CONTRERAS and RUBEN CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-08088-MWF(PLAx)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff ISRAEL CORRAL Through Guardian Ad Litem LETICIA CONTRERAS; LETICIA CONTRERAS and RUBEN CORRAL for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 21STCV04380.

Dated: January 9, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge